**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KATHY SHERROD, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-01248** |
| **NEXION HEALTH AT MARRERO, INC., ET AL.** | **SECTION: "L" (3)** |

**PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE CONSIDERATION OF MOTION FOR REVIEW (R. DOC. 115) AND TO STAY CONSIDERATION OF NEXION HEALTH MANAGEMENT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (R. DOC. 113)**

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff Kathy Sherrod ("Plaintiff"), survivor of Sheldon Sherrod, who respectfully moves the Court to:

1. **Expedite consideration** of Plaintiff's Motion for Review of the Magistrate Judge's Discovery Order **(R. Doc. 115)**, filed on September 10, 2026 and noticed for submission on September 30, 2026 (R. Doc. 117), pursuant to this Court's inherent authority to manage its docket and Local Rules 7.2 and 7.4; and
2. **Stay all briefing and consideration** of defendant Nexion Health Management, Inc.'s ("NHM") pending Motion for Partial Summary Judgment **(R. Doc. 113)**, filed on September 10, 2026 and noticed for submission on September 30, 2026 (R. Doc. 116), pursuant to Federal Rule of Civil Procedure 56(d), pending a final decision by the District Judge on the underlying discovery dispute.

In support of this Emergency Motion, Plaintiff shows the Court:

1. NHM filed a Motion for Partial Summary Judgment **(R. Doc. 113)** which is noticed it for submission on September 30, 2026 (Doc. 116), making Plaintiff's opposition deadline **Wednesday, September 22, 2026** under Local Rule 7.5.

2. On September 10, 2026, Plaintiff timely filed a Rule 72 Motion for Review **(R. Doc. 115)** challenging the Magistrate Judge's discovery order (R. Doc. 98), which improperly denied Plaintiff's access to essential and material evidence from NHM, which the Court also noticed for submission on September 30, 2026 (R. Doc. 118).

3. As detailed in the attached Memorandum in Support and the Rule 56(d) Declaration of counsel, Plaintiff cannot safely, adequately, and fully oppose NHM's Motion for Partial Summary Judgment without the critical evidence that is currently the subject of the pending Motion for Review.

4. Forcing Plaintiff to respond to the Motion for Partial Summary Judgment by September 22, 2026, prior to this Court's review of the Magistrate Judge's order, would cause severe, irreversible procedural prejudice to Plaintiff and result in a substantial waste of judicial resources.

**WHEREFORE**, Plaintiff respectfully requests that this Emergency Motion be granted, that consideration of the Motion for Review (R. Doc. 115) be expedited, and that the briefing deadlines and consideration of defendant Nexion Health Management, Inc.'s Motion for Partial Summary Judgment (R. Doc. 113) be stayed and held in abeyance until this Court rules on the Motion for Review.

[*Signature block next page*]

Respectfully submitted,

**GARCIA & COMAN**

*/s/ Jordan M. Jeansonne*
STEPHEN M. GARCIA (Pro Hac Vice)
MATTHEW M. COMAN #23613
JORDAN M. JEANSONNE #33203
CLAIRE E. KREIDER #37029
GARCIA & COMAN
400 Poydras Tower
400 Poydras Street, Suite 2045
New Orleans, Louisiana 70130
Telephone: (504) 354-9750
edocs@lawgarcia.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2026, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record for all parties.

*/s/ Jordan M. Jeansonne*
JORDAN M. JEANSONNE